PER CURIAM.
AFFIRMED. See Dewberry v. Auto-Owners Ins. Co., 363 So.2d 1077 (Fla.1978); Tucker v. Government Employees Insurance Co., 288 So.2d 238 (Fla.1973); Allstate Insurance Co. v. Dairyland Insurance Co., 271 So.2d 457 (Fla.1972); Sellers v. United States Fidelity & Guaranty Co., 185 So.2d 689 (Fla.1966); and United States Fidelity & Guaranty Company v. Curry, 371 So.2d 677 (Fla. 3d DCA, 1979).
CROSS and ANSTEAD, JJ., and BAKER, JOSEPH P., Associate Judge, concur.